# Order

Michigan Supreme Court
Lansing, Michigan

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151777

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRIAN WAYNE MILLS,
        Defendant-Appellant.

SC: 151777
COA: 319838
Berrien CC: 2012-005295-FH

_____/

On order of the Court, the application for leave to appeal the April 21, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

d1202